# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| DORA DAMREL on behalf of J.L.B., a minor child | § § § § | |
| V. | § | NO. 1:11-CV-476 |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration | § § § § | |

## MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings. No objections to the Report of the United States Magistrate Judge were filed by the parties.

Accordingly, the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge is **ADOPTED**. A Final Judgment will be entered separately, remanding this case under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security Administration for further administrative proceedings before an Administrative Law Judge (ALJ).

**SIGNED** this the 27 day of **February, 2013.**

_____
Thad Heartfield
United States District Judge