**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| DORA DAMREL on behalf of J.L.B., a minor child | § § § § | |
| V. | § § | NO. 1:11-CV-476 |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration | § § § § | |

**MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The Court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. Pursuant to such order, the Court has received and considered the Report of the United States Magistrate Judge recommending that Plaintiff's counsel be awarded attorney fees. No objections to the Report of the United States Magistrate Judge were filed.

The court concludes that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is **ADOPTED**. An order granting application for attorney's fees and costs of court will be entered separately.

**SIGNED** this the **30** day of **May, 2013.**

_____
Thad Heartfield
United States District Judge